# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  ANTHONY CORRENTE,<br><br>         Plaintiff,<br><br>v.<br><br>1.  LINGO CONSTRUCTION<br>     SERVICES, INC.,<br><br>         Defendant, | Case No. CIV-17-1045-M |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Anthony Corrente, hereby stipulates with the defendant, Lingo Construction Services, Inc, that this action shall be dismissed with prejudice.  Each party is to bear its own costs and attorneys' fees.

*s/Patricia Anne Podolec*
(Signed by Nathan L. Whatley with permission of Patricia Anne Podolec)
Patricia Anne Podolec, OBA #21325
Bussett Legal Group, PLLC
Oklahoma City, OK 73103
Phone: 405.605.8073
Facsimile: 405.212.9112
PPodolec@BussettLegal.com

*Attorneys for Plaintiff*

2

*s/Nathan L. Whatley*
Nathan L. Whatley, OBA #14601
Paige H. Good, OBA # 31595
McAfee & Taft
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Fax: (405) 235-0439
*nathan.whatley@mcafeetaft.com*
*paige.good@mcafeetaft.com*

**Attorneys for Defendants**

*s/ Nathan L. Whatley*